

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-18-00281-CR

## IN RE BYRRONE WATSON

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's pro se petition for writ of mandamus is denied.


AL SCOGGINS
Justice


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed November 7, 2018
Do not publish
[OT06]

